# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.*, BRIDGET MCGINLEY, | Case No. 3:22-cv-121 |
| Plaintiff/Relator, | District Judge Thomas M. Rose |
| v. | Magistrate Judge Caroline H. Gentry |
| DAYTON CHILDREN'S HOSPITAL, | |
| Defendant. | |

## ORDER

Upon consideration of Relator Bridget McGinley's Motion to Dismiss this *qui tam* action (Doc. No. 16) and the United States of America's written consent to such dismissal pursuant to 31 U.S.C. § 3730(b)(1) (Doc. No. 17), the Court orders that this action is dismissed without prejudice.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, February 15, 2023.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE